UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-120-D-11

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID ELIJAH SMITH | ORDER |

THIS MATTER is before the Court on Defendant's unopposed motion to permit appellate counsel Daniel M. Blau to obtain copies of the Government's documentary exhibits 1A-8A that were filed during Defendant's 19 June 2018 sentencing hearing in this case. For good cause shown, this Court orders that Defendant's motion is ALLOWED. Appellate counsel for Defendant is authorized to obtain copies of Government's sentencing exhibits 1A-8A, and the Clerk of Court for the Eastern District of North Carolina is authorized to provide appellate counsel for Defendant with copies of those exhibits for inclusion in the Joint Appendix to be filed at the United States Court of Appeals for the Fourth Circuit.

SO ORDERED this **30** day of **November**, 2018.

Honorable James C. Dever, III
United States District Judge, E.D.N.C.