UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. David Elijah Smith                                        Docket No. 7:16-CR-120-11D

## Petition for Action on Supervised Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David Elijah Smith, who, upon an earlier plea of guilty to Transferring a Firearm to a Prohibited Person in violation of 18 U.S.C. §§ 922(d) and 924(a)(2) and Possession of a Firearm by a Felon in violation of 18 U.S.C. § 922(g)(1) and 924(e)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 19, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

David Elijah Smith was released from custody on March 14, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested to seek mental health treatment. Per his request and to assist him with a successful transition to supervised release, it is respectfully recommended that the following special condition be added.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Caroline M. O'Reilly<br>Caroline M. O'Reilly<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2030<br>Executed On: April 22, 2025 |

## ORDER OF THE COURT

Considered and ordered this __25__ day of __April__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge